

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00889-CV

Jose M. **PELAYO**,
Appellant

v.

Adriana C. **PELAYO**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2013CVG000070 C1
Honorable Alvino (Ben) Morales, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against appellant.

SIGNED January 8, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice